UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NOELLE HANRAHAN, et al.,

    Plaintiffs

v.

GARY C. MOHR, et al.,
    Defendants.

Case No. 2:13-cv-1212
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Preston Deavers

## OPINION AND ORDER

This matter is before the Court on Plaintiffs' Omnibus Motion filed on June 14, 2017. (ECF No. 40.)  In that motion, Plaintiffs request the Court to lift the stay that is currently imposed in this case, continue the scheduled mediation, file a motion for reconsideration of this Court's decision on summary judgment, and for permission to engage in limited discovery. Defendants have filed their response and oppose the motion in its entirety. (ECF No. 42.)

The Court finds that there is no sufficient reason to postpone mediation, so that aspect of Plaintiffs' Omnibus Motion is **DENIED**.  If mediation is unsuccessful, the Court will permit Plaintiffs to file a reply in support of their Motion for Reconsideration, and will determine if discovery is necessary for that purpose.  Thus, the remainder of Plaintiffs' Omnibus Motion is **GRANTED IN PART AND HELD IN ABEYANCE IN PART**.

IT IS SO ORDERED.

6-21-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE