IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Noelle Hanrahan, et al., | Case No. 2:13-cv-01212 |
| Plaintiffs, | Chief Judge Edmund A. Sargus |
| – vs – | Magistrate Judge Elizabeth Preston Deavers |
| Gary C. Mohr, et al., | Notice of Appeal |
| Defendants. | |

Please take notice that all Plaintiffs hereby appeal to the United States Court of Appeals for the Sixth Circuit the judgment entered by the District Court on November 28, 2017, and, without limitation, also from the Order granting partial summary judgment to the Defendants, which was entered on March 24, 2017 and which merged with the final, appealable judgment entered on November 28, 2017.

Respectfully submitted,

/s/ Raymond V. Vasvari, Jr.

**RAYMOND V. VASVARI, JR.**
 Ohio Bar No. 0055538
VASVARI & ZIMMERMAN
1301 East Ninth Street
1100 Erieview Tower
Cleveland, Ohio 44114-1844
Telephone | 216.458.5880
Email | vasvari @ vasvarilaw.com
Telecopier | 216.928.0016

Trial Counsel for the Plaintiffs

## – CERTIFICATE OF SERVICE –

      The foregoing was filed today, December 27, 2017, via the Court Electronic Filing System. Service copies will be provided to counsel of record by, and may be obtained through operation of the CM | ECF System.

      Respectfully submitted,

      /s/ Raymond V. Vasvari, Jr.

      **RAYMOND V. VASVARI, JR.**
      Ohio Bar No. 0055538
      Vasvari & Zimmerman

      Trial Counsel for the Plaintiffs